THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 2, 2014



Pamela Pepper
Chief United States Bankruptcy Judge

## United States Bankruptcy Court
## Eastern District of Wisconsin

_____

Case No.: 09-31560-PP

IN RE:  CLINT D TAFF
        THERESE E TAFF
              Debtors                                    Chapter: 13
_____

### ORDER CONFIRMING MODIFIED PLAN
_____

The debtors' modified plan was filed on June 2, 2014.   The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and no objections were filed.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtors' modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $192.00 Bi-Weekly

2. The modified plan projects unsecured claims will receive: Not less than 1%

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: The Trustee shall pay the claim of Ecast Settlement through the plan with 4.5% interest. Additional attorney fees allowed in the amount of $300.00.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####